# CASE INFORMATION

**CV-26-141856 TIMOTHY A.BOYKO,FIDUCIARY,ESTATE- JAMIESON RITTER vs. CITY OF CLEVELAND, ET AL**

View Printer Friendly Version

## Docket Information

| From Filing Date | | Docket Type 1 | Docket Type 2 | Docket Type 3 | Docket Type 4 | Filter Results | |
|---|---|---|---|---|---|---|---|
| / / | ? | [SELECT] | [SELECT] | [SELECT] | [SELECT] | Start Search | ? |

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217734 DELIVERED BY USPS 07/14/2026 I-X/JOHN/DOES PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217733 DELIVERED BY USPS 07/14/2026 CABANISS/ANDRIA/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217732 DELIVERED BY USPS 07/14/2026 MCENTEE/BRIAN/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217731 DELIVERED BY USPS 07/14/2026 RYAN/KENNETH/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217730 DELIVERED BY USPS 07/14/2026 KINCAID/KEVIN/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217729 DELIVERED BY USPS 07/14/2026 MORRIS/SAMUEL/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217728 DELIVERED BY USPS 07/14/2026 WALKER/KEVIN/ PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217727 DELIVERED BY USPS 07/14/2026 DRUMMOND/DORNAT WAYNE/A. PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217726 DELIVERED BY USPS 07/14/2026 TODD/DOROTHY/A. PROCESSED BY COC 07/15/2026. | |
| 07/15/2026 | N/A | SR | USPS RECEIPT NO. 61217725 DELIVERED BY USPS 07/14/2026 CITY OF CLEVELAND | |

| | | | | |
|---|---|---|---|---|
| | | | PROCESSED BY COC 07/15/2026. | |
| 07/09/2026 | D10 | SR | SUMS COMPLAINT(61217734) SENT BY CERTIFIED MAIL. TO: JOHN DOES I-X CITY OF CLEVELAND DIVISION OF POLIC 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D9 | SR | SUMS COMPLAINT(61217733) SENT BY CERTIFIED MAIL. TO: ANDRIA CABANISS DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D8 | SR | SUMS COMPLAINT(61217732) SENT BY CERTIFIED MAIL. TO: BRIAN MCENTEE DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D7 | SR | SUMS COMPLAINT(61217731) SENT BY CERTIFIED MAIL. TO: KENNETH RYAN DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D6 | SR | SUMS COMPLAINT(61217730) SENT BY CERTIFIED MAIL. TO: KEVIN KINCAID DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D5 | SR | SUMS COMPLAINT(61217729) SENT BY CERTIFIED MAIL. TO: SAMUEL MORRIS DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D4 | SR | SUMS COMPLAINT(61217728) SENT BY CERTIFIED MAIL. TO: KEVIN WALKER DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D3 | SR | SUMS COMPLAINT(61217727) SENT BY CERTIFIED MAIL. TO: DORNAT WAYNE A. DRUMMOND 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D2 | SR | SUMS COMPLAINT(61217726) SENT BY CERTIFIED MAIL. TO: DOROTHY A. TODD DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/09/2026 | D1 | SR | SUMS COMPLAINT(61217725) SENT BY CERTIFIED MAIL. TO: CITY OF CLEVELAND CARE OF DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113 | |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 07/08/2026 | D10 | CS | WRIT FEE | |
| 07/08/2026 | D9 | CS | WRIT FEE | |
| 07/08/2026 | D8 | CS | WRIT FEE | |

| | | | |
|---|---|---|---|
| 07/08/2026 | D7 | CS | WRIT FEE |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | N/A | SR | SUMMONS E-FILE COPY COST |
| 07/08/2026 | D6 | CS | WRIT FEE |
| 07/08/2026 | D5 | CS | WRIT FEE |
| 07/08/2026 | D4 | CS | WRIT FEE |
| 07/08/2026 | D3 | CS | WRIT FEE |
| 07/08/2026 | D2 | CS | WRIT FEE |
| 07/08/2026 | D1 | CS | WRIT FEE |
| 07/02/2026 | N/A | SF | JUDGE STEVEN E GALL ASSIGNED (RANDOM) |
| 07/02/2026 | P1 | SF | LEGAL RESEARCH |
| 07/02/2026 | P1 | SF | LEGAL NEWS |
| 07/02/2026 | P1 | SF | LEGAL AID |
| 07/02/2026 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 07/02/2026 | P1 | SF | COMPUTER FEE |
| 07/02/2026 | P1 | SF | CLERK'S FEE |
| 07/02/2026 | P1 | SF | DEPOSIT AMOUNT PAID WILLIAM CRAIG BASHEIN |
| 07/01/2026 | N/A | SF | CASE FILED: COMPLAINT |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2026 PROWARE. All Rights Reserved. 1.1.310

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217725

| | | |
|---|---|---|
| From: | TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 | P1 |

| | |
|---|---|
| Atty.: | PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 |

| | | |
|---|---|---|
| To: | CITY OF CLEVELAND<br>CARE OF DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 | D1 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**______________________ Debbie Jul
**Deputy**

CMSN130

**UNITED STATES POSTAL SERVICE**

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8599 54. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422354

CV26141856 / 61217725 / CITY OF CLEVELAND / 2026-7-15 05:29 Sent To: CARE OF DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

UNITED STATES
POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8599 61. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422355

CV26141856 / 61217726 / TODD/DOROTHY/A. / 2026-7-15 05:29 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217726

| | |
|---|---|
| From: TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 | P1 |

| |
|---|
| Atty.: PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 |

| | |
|---|---|
| To: DOROTHY A. TODD<br>CARE OF CITY OF CLEVELAND<br>DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 | D2 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**____________________
**Deputy**

CMSN130

UNITED STATES
POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8599 78. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :

Jason Pyles (Agent)

Address of Recipient : 1300 Ontario St

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422356
CV26141856 / 61217727 / DRUMMOND/DORNAT WAYNE/A. / 2026-7-15 05:29 Sent To: 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

**SUMMONS** SUMC CM

**Notice ID:** 61217727

From: TIMOTHY A BOYKO P1
6133 ROCKSIDE ROAD
SUITE 301
INDEPENDENCE OH 44131

Atty.: PAUL W FLOWERS
TERMINAL TOWER, 40TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OH 44113-0000

To: DORNAT WAYNE A. DRUMMOND D3
CARE OF CITY OF CLEVELAND
1300 ONTARIO STREET
CLEVELAND OH 44113

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**________________ (signature)
**Deputy**

CMSN130

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8599 85. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422357

CV26141856 / 61217728 / WALKER/KEVIN/ / 2026-7-15 05:29 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217728

| | |
|---|---|
| From: | TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 — P1 |
| Atty.: | PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 |
| To: | KEVIN WALKER<br>CARE OF CITY OF CLEVELAND<br>DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 — D4 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.




**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By** Debbie Jude
**Deputy**

CMSN130

UNITED STATES POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8599 92. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422358

CV26141856 / 61217729 / MORRIS/SAMUEL/ / 2026-7-15 05:30 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

**SUMMONS** SUMC CM

**Notice ID:** 61217729

| | | |
|---|---|---|
| From: | TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 | P1 |

| | |
|---|---|
| Atty.: | PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 |

| | | |
|---|---|---|
| To: | SAMUEL MORRIS<br>CARE OF CITY OF CLEVELAND<br>DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 | D5 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT
CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By** Debbie Jub
**Deputy**

CMSN130

UNITED STATES POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8600 04. Our records indicate that this item was delivered on 07/14/2026 at 12:59 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422359

CV26141856 / 61217730 / KINCAID/KEVIN/ / 2026-7-15 05:30 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217730

From: TIMOTHY A BOYKO P1
6133 ROCKSIDE ROAD
SUITE 301
INDEPENDENCE OH 44131

Atty.: PAUL W FLOWERS
TERMINAL TOWER, 40TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OH 44113-0000

To: KEVIN KINCAID D6
CARE OF CITY OF CLEVELAND
DIVISION OF POLICE
1300 ONTARIO STREET
CLEVELAND OH 44113

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**____________________
**Deputy**

CMSN130

UNITED STATES
POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8600 11. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient : [illegible]

Jason Pyles (Agent)

Address of Recipient : 1300 [illegible] St

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422360
CV26141856 / 61217731 / RYAN/KENNETH/ / 2026-7-15 05:30 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217731

| From: | TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 | P1 |
|---|---|---|

| Atty.: | PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 |
|---|---|

| To: | KENNETH RYAN<br>CARE OF CITY OF CLEVELAND<br>DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 | D7 |
|---|---|---|

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY · OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By** Debbie Jude [signature]
**Deputy**

CMSN130

**UNITED STATES POSTAL SERVICE**

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8600 28. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422361

CV26141856 / 61217732 / MCENTEE/BRIAN/ / 2026-7-15 05:30 Sent To: DIVISION OF POLICE 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217732

From: TIMOTHY A BOYKO P1
6133 ROCKSIDE ROAD
SUITE 301
INDEPENDENCE OH 44131

Atty.: PAUL W FLOWERS
TERMINAL TOWER, 40TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OH 44113-0000

To: BRIAN MCENTEE D8
CARE OF CITY OF CLEVELAND
DIVISION OF POLICE
1300 ONTARIO STREET
CLEVELAND OH 44113

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**________________________
**Deputy**

CMSN130

UNITED STATES POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8600 35. Our records indicate that this item was delivered on 07/14/2026 at 12:59 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422362

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217733

| | |
|---|---|
| From: TIMOTHY A BOYKO<br>6133 ROCKSIDE ROAD<br>SUITE 301<br>INDEPENDENCE OH 44131 | P1 |

| | |
|---|---|
| Atty.: PAUL W FLOWERS<br>TERMINAL TOWER, 40TH FLOOR<br>50 PUBLIC SQUARE<br>CLEVELAND, OH 44113-0000 | |

| | |
|---|---|
| To: ANDRIA CABANISS<br>CARE OF CITY OF CLEVELAND<br>DIVISION OF POLICE<br>1300 ONTARIO STREET<br>CLEVELAND OH 44113 | D9 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**______________________________
**Deputy**

CMSN130

UNITED STATES POSTAL SERVICE

Date Produced: 07/15/2026

The following is the delivery information for Certified Mail™/RRE item number 9214 8903 0179 8214 8600 42. Our records indicate that this item was delivered on 07/14/2026 at 12:58 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C20835.1422363

CV26141856 / 61217734 / I-X/JOHN/DOES / 2026-7-15 05:30 Sent To: CITY OF CLEVELAND DIVISION OF POLIC 1300 ONTARIO STREET CLEVELAND, OH 44113

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

TIMOTHY A.BOYKO,FIDUCIARY,ESTATE-
JAMIESON RITTER
**Plaintiff**

**V.**

CITY OF CLEVELAND, ET AL
**Defendant**

**CASE NO.** CV26141856

**JUDGE** STEVEN E GALL

## SUMMONS

SUMC CM

**Notice ID:** 61217734

From: TIMOTHY A BOYKO P1
6133 ROCKSIDE ROAD
SUITE 301
INDEPENDENCE OH 44131

Atty.: PAUL W FLOWERS
TERMINAL TOWER, 40TH FLOOR
50 PUBLIC SQUARE
CLEVELAND, OH 44113-0000

To: JOHN DOES I-X D10
OFFICERS AND CIVILIANS CURRENTLY AND FORMERLY EMPLOYED BY THE CITY OF CLEVELAND
CITY OF CLEVELAND DIVISION OF POLIC
1300 ONTARIO STREET
CLEVELAND OH 44113

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 07/08/2026

**By**______________________
**Deputy**

CMSN130